NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
JOHN C. BRASSELL, WASB #51639
Assistant United States Attorney
John.Brassell@usdoj.gov
310 West Sixth Street
Medford, Oregon 97501
Telephone: (541) 776-3564
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE OROZCO,<br><br>**Defendant.** | 1:22-cr-00443-AA<br><br>**BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY** |

The United States of America hereby files the following Bill of Particulars for Forfeiture of Property.

The United States gives notice that in the forfeiture allegation of the Information, the United States is seeking forfeiture of the following property:

- 2021 Toyota Tacoma VIN #3TMDZ5BN1MM104982;
- $15,000 in United States Currency;
- Bryco Arms .380 semiautomatic firearm and magazines;

\\\

\\\

\\\

\\\

- HK Model HK416D 22 LR firearm and magazines;
- Ruger Model Ruger-57 firearm and magazines; and
- Precision International M1911 38 Super and magazines.

Dated: January 17, 2023

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*s/ John C. Brassell*
**JOHN C. BRASSELL**
Assistant United States Attorney