UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE OROZCO,<br><br>Defendant. | 1:22-cr-00443-AA<br><br>PRELIMINARY ORDER OF FORFEITURE AND MONEY JUDGMENT AND FINAL ORDER OF FORFEITURE AS TO DEFENDANT JOSE OROZCO |

Defendant, Jose Orozco, entered into a plea agreement and pleaded guilty to Count One of the Information.

In the forfeiture allegation of the Information in the above case, the United States sought forfeiture of property of defendant, Jose Orozco, pursuant to 18 U.S.C. § 982, as property constituting, or derived from, proceeds obtained, directly or indirectly, or any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation charged in Count One.

Accordingly, it is ORDERED:

1. Based upon the defendant, Jose Orozco's plea of guilty to Count One of the Information, and pursuant to Rule 32.2 (b)(2)of the Federal Rules of Criminal Procedure and 18 U.S.C. § 982, the United States is authorized to seize the following property, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

**Preliminary Order of Forfeiture**                                                                 Page 1

- 2021 Toyota Tacoma VIN #3TMDZ5BN1MM104982;
- $15,000 in United States Currency;
- Bryco Arms .380 semiautomatic firearm and magazines;
- HK Model HK416D 22 LR firearm and magazines;
- Ruger Model Ruger-57 firearm and magazines; and
- Precision International M1911 38 Super and magazines.

2. The forfeited property is to be held by the Department of Treasury in its secure custody during the pendency of this action.

3. Pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, the United States shall publish on the official government internet site, www.forfeiture.gov, notice of this order, notice of the Secretary of the Treasury's intent to dispose of the property in such manner as the United States may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property. The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in property that is the subject of this Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

4. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. Upon entry of this Order, the United States

is authorized to conduct discovery in identifying, locating, or disposing of the asset in accordance with Federal Rule of Criminal Procedure 32.2(b)(3).

IT IS FURTHER ORDERED:

5. As the result of the guilty plea on Count 1 of the Information, for which the Government sought forfeiture pursuant to 18 U.S.C. § 982, defendant shall forfeit to the United States all property representing proceeds of the offense.

6. Defendant is ordered to forfeit proceeds in the amount of $386,800.00 in United States currency in the form of a money judgment, representing a portion of the proceeds of defendant's criminal activity.

7. Upon the entry of this Order, the United States is authorized to conduct discovery to identify, locate, or determine disposition of the property subject to forfeiture, in accordance with Fed. R. Crim. P. 32.2(b)(3).

8. Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

9. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be a part of the sentence and shall be included in the judgment. Upon entry of this Order, the United States is authorized to conduct discovery in identifying, locating, or disposing of the assets in accordance with Federal Rules of Criminal Procedure 32.2(b)(3).

10. Following the Court's disposition of all petitions filed, or if no such petitions are filed within the time prescribed by law, upon proof of publication and proof of notice to any persons known to have alleged an interest in the property, the United States shall have clear title to the

property and may warrant good title to any subsequent purchaser or transferee as provided in Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

11. The Court shall retain jurisdiction to enforce this order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

12. When property is located, it is to be held by the Department of Treasury in its secure custody pending resolution of all third-party interests as provided in 21 U.S.C. § 853(n).

IT IS SO ORDERED this  24th  day of April 2023.

  /s/Ann Aiken
**HONORABLE ANN AIKEN**
United States District Judge

Presented by:

NATALIE K. WIGHT, OSB #035576
United States Attorney

s/ *John C. Brassell*
**JOHN BRASSELL, WASB #51639**
Assistant United States Attorney